UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



JEROME EDWARD COTTINGHAM,

    Plaintiff,

v.                        ACTION NO. 2:17cv611

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration,

    Defendant.

## FINAL ORDER

Plaintiff brought this action under 42 U.S.C. § 405(g), seeking judicial review of the final decision of the Acting Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's claim for Supplemental Security Disability Income ("SSDI") filed under the Social Security Act ("SSA").

On February 14, 2018, this matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72(b) of the Federal Rules of Civil Procedure for report and recommendation. Report of the magistrate judge was filed on December 20, 2018, recommending that Plaintiff's Motion for Summary Judgment be denied, that Defendant's Motion for Summary Judge be granted, that the final decision of the Commissioner be affirmed, and that this matter be dismissed with prejudice. By

copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the magistrate judge. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired.

The court does hereby adopt and approve the findings and recommendations set forth in the report of the United States Magistrate Judge filed December 20, 2018. Accordingly, Plaintiff's Motion for Summary Judgment is **DENIED**, Defendant's Motion for Summary Judgment is **GRANTED**, the final decision of the Acting Commissioner is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**.

The Clerk shall forward a copy of this Order to counsel for the parties.

/s/
Rebecca Beach Smith
United States District Judge

REBECCA BEACH SMITH
UNITED STATES DISTRICT JUDGE

January 4, 2019